# MANNING | KASS

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

LEE PINZOW

December 6, 2024

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Allstate Ins. Co., et al. v. Astoria Organix Pharmacy, Inc, et al.*, 24-cv-6566 (PK)**

Dear Judge Kuo:

We represent Plaintiffs in the above-referenced matter, and along with Defendants write to advise the Court of the status of this matter. We are pleased to inform the Court that the parties have reached an agreement in principle to resolve the matter. In light of the upcoming holidays, in order to allow for time for the parties to exchange a written agreement and secure execution by all parties, the parties anticipate that the agreement will be complete by January 15, 2025. Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of Voluntary Dismissal concerning the named defendants and Notice of Voluntary Dismissal as to the John Doe and ABC Corporation Defendants.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

_____
Lee Pinzow, Esq.

Cc: David Forman, Esq., Counsel for Defendants (via email)

**DALLAS**
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 1200
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990